# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION (Opelika)

| | |
|---|---|
| IN RE: | : CASE NO: 15-80420-WRS |
| | : CHAPTER: 13 |
| THERESA MCGEE | : |
|     Debtor | : |
| ---------------------------------- | ---------------------------------- |
| NATIONSTAR MORTGAGE LLC, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| THERESA MCGEE | : |
| CURTIS C. REDING , Trustee | : |
|     Respondents. | : |

## OBJECTION TO CONFIRMATION

COMES NOW, Nationstar Mortgage LLC, its successors or assigns, (hereinafter referred to as "Movant") and shows the Court that for reasons set out below, Movant objects to the confirmation of the Debtor`s Plan;

1.

Movant will timely file a Proof of Claim listing arrearages totaling approximately $453.78 and an estimated secured total amount of $43,814.63. Debtor's Plan does not indicate that any estimated arrearage owed to Movant will be paid. Debtor's Plan proposes to pay adequate protection payments but does not list when the direct payments are to resume to Movant. As a result, it is unclear if the Debtor is trying to pay the entire balance of the loan during the life of the Plan. For these reasons Movant objects to the Plan in its current form.

WHEREFORE, Nationstar Mortgage LLC, its successors or assigns, prays that this Court inquire as to the matters raised herein and deny confirmation of the Debtor`s Plan, or enter such orders and require such further inquiry as may appear appropriate to the Court.

Dated: 5/19/15


/s/ Cynthia W. Williams
Cynthia W. Williams
AL State Bar No. ASB-7066-I61C
Rubin Lublin, LLC
100 Concourse Parkway, Suite 125
Birmingham, AL 35244
(877) 813-0992
cwilliams@rubinlublin.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I, Cynthia W. Williams of Rubin Lublin, LLC certify that on the 19th day of May, 2015, I caused a copy of the Objection to Confirmation to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Theresa McGee
32 Hannah Lane
Wedowee, AL 36278

David S. Clark, Esq.
David S. Clark Attorney at Law, LLC
P. O. Box 1586
Opelika, AL 36803

Curtis C. Reding, Trustee
P. O. Box 173
Montgomery, AL 36101

Executed on: 5/19/15
By:/s/ Cynthia W. Williams
Cynthia W. Williams
AL State Bar No. ASB-7066-I61C
Rubin Lublin, LLC
100 Concourse Parkway, Suite 125
Birmingham, AL 35244
(877) 813-0992
cwilliams@rubinlublin.com
Attorney for Creditor