The relief described hereinbelow is SO ORDERED

Done this 6th day of November, 2015.



William R. Sawyer
United States Bankruptcy Judge



_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION (Opelika)

| | | |
|---|---|---|
| IN RE: | : | CASE NO 15-80420-WRS |
| | : | |
| THERESA MCGEE | : | CHAPTER 13 |
|     Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| NATIONSTAR MORTGAGE LLC, | : | |
|     Movant, | : | |
| | : | CONTESTED MATTER |
| vs. | : | |
| | : | |
| THERESA MCGEE | : | |
| CURTIS C. REDING , Trustee | : | |
|     Respondents. | : | |
| | : | |

**AGREED ORDER ON OBJECTION TO CONFIRMATION AND DEBTOR'S
OBJECTION TO ARREARAGE PORTION OF PROOF OF CLAIM
NUMBER 0007 FILED BY NATIONSTAR MORTGAGE, LLC**

Nationstar Mortgage LLC, for itself, its successors and assigns (the "Movant") filed an

Objection to Confirmation (the "Objection"). The Debtor (the "Debtor") filed the Debtor's

Objection to Arrearage Portion of Proof of Claim Number 0007 Filed by Nationstar Mortgage,

LLC. T. Both pleadings relate to the real property located in Randolph County, Alabama, now or formerly known as 32 Hannah Lane, Wedowee, AL 36278 (the "Property"). The parties have reached an agreement.

Accordingly, it is hereby

**ORDERED** that:

1. Movant's Objection to Confirmation and Debtor's Objection to Claim are denied without prejudice.
2. Though the account was due for the April 1, 2015 upon the filing of the instant case, the Debtor tendered the April, 2015 payment just days after the filing on April 6, 2015.
3. The account will be treated as though contractually current on payments at filing.
4. The escrow shortage of $125.67 present on the account at filing will be funded as part of the ongoing payments tendered directly to Nationstar Mortgage LLC by the Debtor.
5. The pre-petition arrearage of $453.78 listed Movant's Proof of Claim shall not be funded by the Chapter 13 Trustee and for the purposes of the plan will be treated as a direct pay claim.

Bottom of page left intentionally blank --

6. The Chapter 13 Trustee may make adjustments to the Debtor's Plan necessary to effectuate this Order.

###END OF ORDER###

Prepared and Submitted by:

/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
100 Concourse Parkway, Suite 125
Birmingham, AL 35244
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor


Consented to by:

/s/Sabrina L. McKinney_____
For Curtis C. Reding
AL State Bar No. ASB-5585-G64C
P. O. Box 173
Montgomery, AL 36101
334-262-8371
13trustee@ch13mdal.com
Chapter 13 Trustee


Consented to by:

/s/\_ David S. Clark
David S. Clark, Esq.
AL State Bar No. AFB-1583-K62D
David S. Clark Attorney at Law, LLC
P. O. Box 1586
Opelika, AL 36803
334-749-3800
david@davidsclark.com
Attorney for Debtor

DISTRIBUTION LIST

Theresa McGee
32 Hannah Lane
Wedowee, AL 36278

David S. Clark, Esq.
David S. Clark Attorney at Law, LLC
P. O. Box 1586
Opelika, AL 36803

Curtis C. Reding, Trustee
P. O. Box 173
Montgomery, AL 36101

Amanda Beckett, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 125
Birmingham, AL 35244