The relief described hereinbelow is SO ORDERED

Done this 11th day of April, 2018.



**William R. Sawyer**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION (Opelika)

| | |
|---|---|
| IN RE: : | CASE NO: 15-80420-WRS |
| : | |
| : | CHAPTER: 13 |
| : | |
| **THERESA MCGEE** : | |
|     Debtor : | |
| ------------------------------------------- | ---------------------------------- |
| **NATIONSTAR MORTGAGE LLC,** : | |
|     Movant, : | |
| : | **CONTESTED MATTER** |
| vs. : | |
| : | |
| **THERESA MCGEE,** : | |
| **JAMES MCGEE,** Co-Debtor : | |
| **SABRINA L. MCKINNEY,** Trustee : | |
|     Respondents. : | |
| : | |

**AGREED ORDER CONDITIONALLY DENYING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

    Nationstar Mortgage LLC, for itself, its successors and assigns (the "Movant"), filed a Motion

for Relief from Automatic Stay and Co-Debtor Stay (the "Motion"), which was set for hearing on

**March 6, 2018** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in Randolph County, Alabama, now or formerly known as 32 Hannah Lane, Wedowee, AL 36278 (the "Property"), as more particularly described in Exhibit "B" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. The parties reached an agreement as follows:

Movant shall supplement its Proof of Claim/file a Proof of Claim to include the following post-petition mortgage arrearages totaling $3,081.90:

| Description | FROM | TO | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Missed Payment Group 1 | 01/01/2018 | 03/01/2018 | 3 | $453.68 | $1,361.04 |
| Bankruptcy Fees and Costs | | | 1 | $1,031.00 | $1,031.00 |
| Objection to Confirmation Fees and Costs | | | 1 | $500.00 | $500.00 |
| Plan Review Fees and Costs | | | 1 | $225.00 | $225.00 |
| Suspense Balance Credit | | | 1 | $-35.14 | $-35.14 |

Accordingly, by consent, it is hereby

**ORDERED** that:

Debtor payment to Trustee shall increase to $84.00 weekly. The payment by the Trustee to Movant shall be set at $177.00 per month. Beginning on **April 1, 2018**, Debtor shall pay all future monthly mortgage payments as and when due. These payments shall be governed by Strict Compliance provisions as detailed below.

The Motion for Relief from Stay filed by Movant is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning April 1, 2018, the Motion for Relief from Stay is granted if the Movant gives the Debtor, and the Debtor`s attorney twenty (20) days written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further order of the Court. Further, Movant is allowed to communicate with the Debtor any communication required under the

note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.

The Co-Debtor stay pursuant to 11 U.S.C. § 1301 shall remain in effect and unmodified until such time as the Automatic Stay is modified as to the Debtor.

### ###END OF ORDER###

Prepared and Submitted by:

/s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor


Consented to by:

/s/ David S. Clark
David S. Clark, Esq.
AL State Bar No. AFB1583K62D
David S. Clark Attorney at Law, LLC
P. O. Box 1586
Opelika, AL 36803
334-749-3800
david@davidsclark.com
Attorney for Debtor


No Opposition to by:

/s/ Sabrina L. McKinney
Sabrina L. McKinney
P. O. Box 173
Montgomery, AL 36101
334-262-8371
13trustee@ch13mdal.org
Standing Chapter 13 Trustee

DISTRIBUTION LIST

James McGee
32 Hannah Lane
Wedowee, AL 36278

Theresa McGee
32 Hannah Lane
Wedowee, AL 36278

David S. Clark, Esq.
David S. Clark Attorney at Law, LLC
P. O. Box 1586
Opelika, AL 36803

Sabrina L. McKinney, Trustee
P. O. Box 173
Montgomery, AL 36101

Jacob Mauldin, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244