IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No: 15-80420-BPC |
| Theresa McGee | Chapter: 13 |
| Debtor | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF COPIES**

Comes now and requests all to take note, **SELECT PORTFOLIO SERVICING, INC.**, a Creditor and party in interest in the above captioned title 11 petition, by and through the undersigned counsel of record, Sirote & Permutt, P.C., be and hereby appears and request copies of all pleadings, including but not limited to, all notices, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served on **SELECT PORTFOLIO SERVICING, INC.**, by and through its legal counsel of record, at the address set forth below, pursuant to Bankruptcy Rule 2002 and 9010(b).

/s/ Stephen Bulgarella
Stephen Bulgarella (BUL-021) SB
Enslen Crowe (CRO-098)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)
Attorney for Creditor

OF COUNSEL:

Stephen Bulgarella
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-918-5083 / Fax: 205-212-2874
sbulgarella@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of October, 2019, a copy of the foregoing pleading was served upon the following parties to this proceeding via electronic case management:

David S. Clark
David S. Clark Attorney at Law, LLC
P.O. Box 1586
Opelika, AL 36803
david@davidsclark.com

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

/s/ Stephen Bulgarella
OF COUNSEL