## UNITED STATES BANKRUPTCY COURT
## FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

IN RE: THERESA MCGEE         )       Bankruptcy Case No: 15-80420
       Debtor                    )
                              )

## <u>AFFIDAVIT</u>

I, Theresa McGee, state that I am not behind on my mortgage payments owed to

Select Portfolio Servicing, Inc. I further state that since the Agreed Order Conditionally

Denying Motion for Relief from the Automatic Stay and Co-Debtor Stay entered on April

11, 2018, I have made all my mortgage payments from April 1, 2018 to the present.

_Theresa McGee_
THERESA MCGEE, Debtor

By signing this document, I declare under penalty of perjury that the foregoing is

true and correct.

Sworn to and subscribed before me this the 18th day of February 2020.

_Christina D Bailey_
Notary Public
**My Commission Expire:** 6/3/23