IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re: THERESA MCGEE                                   Case No.: 15-80420

Debtor(s)                                              Chapter 13

## MOTION TO EXTEND DISCHARGE DEADLINE

**COMES NOW,** the debtor, by and through the undersigned attorney of record, and moves this court to extend her deadline to file motion for discharge to June 3, 2020 and as cause thereof shows unto the court the following:

1. The debtor has two Motions to Determine Final Cure and Mortgage Payment Rule 3002.1 which are scheduled for hearing on June 2, 2020.

**WHEREFORE**, the debtor respectfully requests this court to extend the deadline to file motion for discharge to June 3, 2020.

Respectfully submitted this the 31st day of March 2020.

/s/ David S. Clark
David S. Clark (CLA 068)
Attorney at Law, LLC
P.O. Box 1586
Opelika, AL 36801
334-749-3800
david@davidsclark.com

## CERTIFICATE OF SERVICE

   I hereby certify that I have served the foregoing Motion upon the parties listed below by electronic mail or by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed as follows:

UNITED STATES BANKRUPTCY COURT
One Church Street
Montgomery, AL 36104

U.S. BANKRUPTCY ADMINSITRATOR
One Church Street
Montgomery, AL 36104

CHAPTER 13 TRUSTEE
P.O. Box 173
Montgomery, AL 36101-0173

DONE this the 31st day of March 2020.

                /s/ David S. Clark
                David S. Clark (CLA 068)
                Attorney at Law, LLC
                P.O. Box 1586
                Opelika, AL 36801
                334-749-3800
                david@davidsclark.com

Case 15-80420 Doc 67 Filed 03/31/20 Entered 03/31/20 09:23:17 Desc Main
Document Page 2 of 2