# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                           Case No. 15-80420-BPC
                                                                Chapter 13

THERESA MCGEE,

    Debtor.

## ORDER GRANTING DEBTOR'S MOTION

Debtor filed a Motion to Determine Final Cure (Doc. 59) requesting a determination that the mortgage loan with Select Portfolio Servicing, Inc. had been cured and was current through February 2020. The matter came on for hearing on August 17, 2020. In accordance with the ruling from the bench in open court, it is hereby

ORDERED that the motion is GRANTED and Debtor's post-petition mortgage payments to Select Portfolio Servicing, Inc. are current through February 2020.

Done this 17th day of August, 2020.

Bess M. Parrish Creswell
United States Bankruptcy Judge

c:    Debtor
    David S. Clark, Attorney for Debtor
    Sabrina L. McKinney, Trustee
    Select Portfolio Servicing, Inc., Creditor
    Stephen Bulgarella, Attorney for Creditor