UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| In re:<br>Theresa McGee,<br><br>*Debtor(s).* | Case No: 15-80420<br>Chapter: 13 |
|---|---|

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT

**COMES NOW** Debtor, Theresa McGee, by and through Anthony B. Bush, Special Counsel, pursuant to Rule 9019, Fed. R. Bankr. P., and respectfully moves this Honorable Court to approve the compromise and settlement of Debtor's claims against Creditor, Select Portfolio Servicing, Inc. ("Creditor"). In support of said motion, Debtor states as follows:

1. On April 1, 2015, Debtor filed a *Voluntary Petition* under Chapter 13, Title 11, of the United States Code which initiated the instant case.

2. On October 6, 2020, Debtor initiated an adversarial proceeding (20-08015) against Creditor and alleged therein violations of one or more of the following: 11 U.S.C. §§ 105(a), 362(a), 362(k), 524(a), 524(i), 1306(a) and 1327(a); R. 3002.1, Fed. R. Bankr. P.; and 15 U.S.C. § 1692, *et seq.* ("the Action").

3. To avoid the costs and uncertainty of further litigation, Debtor and Creditor (hereinafter, "the Parties") have negotiated in good faith and reached an agreement and compromise of Debtor's claims against Creditor.

4. The terms of the Parties' agreement have been or will be memorialized in a written document. Without limiting such terms, the Parties' agreement includes payment to Debtor in the amount of $16,000.00 in exchange for a dismissal, *with prejudice*, of all Debtor's claims against Creditor.

1

5. Accordingly, Debtor respectfully seeks this Honorable Court's approval of the compromise and settlement which constitutes, *inter alia*, a full and final compromise and settlement of Debtor's claims against Creditor as set forth in the Action.

6. Debtor proposes to disburse the settlement proceeds of $16,000.00 as follows:

    a.    Chapter 13 Trustee:    $0.00 [1];

    b.    Attorney's Fees & Expenses:    $8,000.00 [2]; and

    c.    Debtor:    $8,000.00 [3].

7. The undersigned counsel understands that he must make application to this Honorable Court for the approval of attorney fees and expenses incurred in prosecuting the Action.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court enter an *Order* granting this *Motion to Approve Compromise and Settlement*.

**RESPECTFULLY SUBMITTED** on February 3, 2021.

                        /s/ Anthony B. Bush
                        Anthony Brian Bush

**OF COUNSEL:**
The Bush Law Firm, LLC
Parliament Place Professional Center
3198 Parliament Circle 302
Phone:    (334) 263-7733
Facsimile:    (334) 832-4390
Email: anthonybbush@yahoo.com

---

[1] This figure represents the non-exempt amount of the settlement proceeds.

[2] This figure is comprised of fees of $8,000.00 and expenses of $0.00. This figure is contingent upon an *Order* granting the *Application for Attorney Fees and Expenses* that has been or will be filed. Further, as used herein, attorney fees represent the fees as stated within the *Application for Employment of Professional Person for a Specific Purpose* filed and approved by *Order* of this Court.

[3] This figure represents the exempt amount of the settlement proceeds.

abush@bushlegalfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 3, 2021, I served a true and correct copy of the foregoing document as follows:

By CM/ECF:

      David S. Clark, Attorney at Law, Bankruptcy Counsel;
      Sabrina L. McKinney, Chapter 13 Standing Trustee;
      Danielle Greco, Bankruptcy Administrator; and
      All Other Parties of Record.

By fax or email:    N/A

By first class mail, postage prepaid and properly addressed:
      Creditors on matrix not otherwise receiving electronic notice

                                         /s/ Anthony B. Bush
                                         Of Counsel

3

Case 15-80420   Doc 101   Filed 02/03/21   Entered 02/03/21 16:30:18   Desc Main
Document    Page 3 of 3